

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:            01-12-01008-CR

Trial Court Cause
Number:                  1819987

Style:                   Ernest Flores Flores

                         **v** The State of Texas

Date motion filed[*]:    March 7, 2014

Type of motion:          Motion for Rehearing and Change of Notation

Party filing motion:     Appellant

Document to be filed:    n/a

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

☐ Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
        ☐ Acting individually   ☒ Acting for the Court

Panel consists of  Chief Justice Radack and Justices Bland and Huddle

Date: March 20, 2014